No. 8782. STATE OF MONTANA EX REL. OPAL SMITH, RELATOR, *v.* DISTRICT COURT OF THE FIFTH JUDICIAL

DISTRICT OF THE STATE OF MONTANA, In and For the COUNTY OF MADISON, and the HONORABLE GEORGE W. PADBURY, JR., Judge Presiding Therein, RESPONDENTS.

It is ordered that the petition for a writ of supervisory control or other writ herein be and the same is denied. See Swarthout v. Gentry, 73 Cal. App. (2d) 847, 167 Pac. (2d) 501.

Done this *20th day of October, 1947*.

Chief Justice, HUGH ADAIR.

*P. E. Geagan* of Butte, Attorney for Relator.